# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0457

VERSUS

KEVIN HILSON

JUNE 22, 2020

---

In Re:     Kevin Hilson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 06-19-0363.

---

**BEFORE:     PENZATO, LANIER, AND BURRIS,[1] JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the video footage of the incident in question. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**AHP**
**WIL**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving _pro tempore_ by special appointment of the Louisiana Supreme Court.